**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| CHARLES MEAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:06-CV-80 |
| ) | (Phillips) |
| JASON JOSEPH, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

This case came before the court on the motion for summary judgment by defendant Jason Joseph. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Charles Mead take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant recover of the plaintiff his costs of action.

The final pretrial conference scheduled for October 5, 2007 and the trial scheduled for October 15, 2007 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of August, 2007.

　　　　　　　　　　　　　　　　　　s/ Patricia L. McNutt